FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

January 21, 2015

Adam C. Burney
Scott, McNeill & Burney PLLC
3000 E. Loop 820
Fort Worth, TX 76112

RE:     Court of Appeals Number:     02-14-00357-CR
                                    02-14-00358-CR
                                    02-14-00359-CR
                                    02-14-00360-CR
                                    02-14-00361-CR
                                    02-14-00362-CR
        Trial Court Case Number:     1327717D
                                    1327904D
                                    1330762D
                                    1334487D
                                    1357569D
                                    1370861D

Style:     Armando Ernest Vera
           v.
           The State of Texas

Dear Mr. Burney:

On January 20, 2015, you filed an appellant's brief in the above referenced case in which you certified that, in your professional opinion, this appeal is without merit and is frivolous.

The court has requested that I advise you that you must comply with *Anders v. California*, 386 U.S. 738 (1967), *Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991), *Ex Parte Owens*, 206 S.W.3d 670, 671 (Tex. Crim. App.

2006), and *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901, at *3 (Tex. Crim. App. June 25, 2014), by sending a letter to your client informing appellant of appellant's right to file a pro se response. The letter must inform your client that you are asking to withdraw, why you are asking to withdraw, where and how to file a pro se response to the motion, of appellant's right of access to the record, of appellant's right to file a pro se brief in this court, and, in the event this court affirms the trial court's judgment, of appellant's right to file a pro se petition for discretionary review in the Texas Court of Criminal Appeals.

Please provide the court with a **copy** of the letter you send to your client regarding an *Anders* response or a certification showing your compliance with *Anders* on or before **Monday, February 02, 2015**.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk

cc:

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913